John E. Sullivan, appellant, v. Edward L. Genez and Cora Genez, appellees. Gen. No. 32,313.

Opinion filed May 8, 1928.
Chetlain, Meagher & Chetlain, for appellant. No appearance for appellees.
Mr. Presiding Justice Barnes delivered the opinion of the court.